IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04cr241-T |
| | ) | WO |
| JEFFREY BISHOP | ) | |

**ORDER**

Previously, the Magistrate Judge ordered that defendant Jeffrey Bishop undergo a psychiatric or psychological examination and that a psychiatric or psychological report be filed with the court pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) & (c). The report of the examiner assigned by the Federal Bureau of Prisons was completed on June 17, 2006. Subsequently defendant's counsel indicated to the court, both orally (during a conference call) and in writing, that defendant does not contest the finding of the examiner that he does not suffer from a severe mental disorder that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in this own defense. See Doc. # 35.

Upon consideration of the report of the Federal Bureau of Prisons and defendant's waiver of any claim that he is not competent to stand trial, it is ORDERED and DECLARED that defendant Jefffrey Bishop is in fact competent to proceed to trial. 18 U.S.C.A. § 4241(d).

DONE, this the 8th day of August, 2005.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE